IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 96-484 JJF |
| DAVID H. DONOVAN, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the Government filed a Motion For Summary Judgment On Restoration And Civil Penalty (D.I. 58);

WHEREAS, in support of its motion with regard to restoration, the Government contends that the Clean Water Act empowers the Court to order injunctive relief requiring Mr. Donovan to restore the wetlands he illegally filled;

WHEREAS, the Court concludes that there exist genuine issues of material fact with regard to restoration, such as how much of the filled land Mr. Donovan is obliged to restore;

WHEREAS, in support of its motion with regard to a civil penalty, the Government contends that the Court must calculate the statutory maximum penalty and reduce it only to the extent that Mr. Donovan establishes the existence of mitigating factors;

WHEREAS, assessing a fair civil penalty for violation of the Clean Water Act requires that each case be decided on its own facts, see, e.g., U.S. v. Gulf Park Water Co., Inc., 14 F. Supp. 2d 854, 868-69 (S.D. Miss. 1998), and the Court finds that there

exist genuine issues of material fact at least as to (1) the number of violations of the Clean Water Act that occurred; (2) Mr. Donovan's ability to pay; and (3) the economic benefit that Mr. Donovan's illegal conduct conferred upon him;

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion For Summary Judgment On Restoration And Civil Penalty (D.I. 58) filed by the United States of America is **DENIED**.

March 24, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE