IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 96-484 JJF |
| DAVID H. DONOVAN, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court entered an Order dated March 24, 2005, denying the Motion For Summary Judgment On Restoration And Civil Penalty (D.I. 58) filed by the Government;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit by no later than **Friday, April 15, 2005**, a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

March 24, 2005
DATE

UNITED STATES DISTRICT JUDGE