IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 96-484 JJF |
| DAVID H. DONOVAN, | : |
|     Defendant. | : |

## ORDER

WHEREAS, Defendant David H. Donovan filed a Demand For Damages and Motion For Summary Judgment (D.I. 61);

WHEREAS, in support of his motion, Mr. Donovan argues that the actions of the Government constitute a "'taking' and 'condemnation' of Defendant's private property without 'Just Compensation' and denial of 'Due Process' set forth in the Fifth and Fourteenth Amendments of the Constitution of the United State[s] of America" (D.I. 61 at 6);

WHEREAS, the Court concludes that Mr. Donovan has failed to demonstrate, pursuant to Federal Rule of Civil Procedure 56(c), the absence of genuine issues of material fact and his entitlement to judgment as a matter of law;

NOW THEREFORE, IT IS HEREBY ORDERED that the Demand For Damages and Motion For Summary Judgment (D.I. 61) filed by Defendant David H. Donovan is **DENIED**.

April 7, 2005
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE