IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  :
       Plaintiff,  :
  v.  : Civil Action No. 96-484 (JJF)
DAVID H. DONOVAN,  :
       Defendant.  :

<u>O R D E R</u>

WHEREAS, on April 22, 2005, the Court having entered a Rule 16 Scheduling Order in the above-captioned matter;

IT IS HEREBY ORDERED that:

1) Pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court;

2) A Pretrial Conference will be held on **Wednesday, December 7, 2005 at 1:30 p.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the

District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

    3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

April 25, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE