## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 96-484-JJF |
| | ) | |
| DAVID H. DONOVAN, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' RESPONSE TO DEFENDANT'S REQUEST FOR INTERROGATORIES AND FOR PRODUCTION OF DOCUMENTS AND THINGS

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, Plaintiff United States of America ("United States"), on behalf of the United States Army Corps of Engineers, hereby provides its responses to Defendant David H. Donovan's Interrogatories and Request for Production of Documents and Things dated April 15, 2005.

The United States objects to Defendant's requests for interrogatories and production of documents because they are barred by two orders of the Court. First, in a scheduling order dated February 5, 1999, the Court ordered a discovery cutoff of December 30, 1999. Defendant's most recent discovery requests are more than five years late. Second, in a scheduling order dated April 22, 2005, the Court barred any further interrogatories or requests for production of documents. Specifically, the Order states: "No additional interrogatories or document production shall be permitted." United States v. Donovan, No. 96-484, slip op. at ¶ 4(a) (April 22, 2005).

Accordingly, the United States objects to Defendant's recent requests for interrogatories

and production of documents as untimely and barred by two orders of the Court.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   /s/Patricia C. Hannigan
      Patricia C. Hannigan
      Assistant United States Attorney
      Delaware Bar I.D. No. 2145
      The Nemours Building
      1007 Orange Street, Suite 700
      P. O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277
      Patricia.Hannigan@usdoj.gov

OF COUNSEL;

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division
STEVEN E. RUSAK, Senior Attorney
United States Department of Justice
Environment & Natural Resources Division
Post Office Box 23968
Washington, D.C.  20026-3986
(202) 514-9275

BARRY GALE
Office of Counsel
US Army Corps, Philadelphia District
Wannamaker Building
100 Penn Square East
Philadelphia, PA 19106-3390

DATE: **May 13, 2005**

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on **May 13, 2005**, I electronically filed the **United States' Response To Defendant's Interrogatories And Request For Production Of Documents And Things** with the Clerk of Court using CM/ECF.  Notification of such filing will be served via First Class Mail, upon the following Defendant, who is presently appearing <u>pro</u> <u>se</u> in this lawsuit:

     Mr. David H. Donovan
     517 Massey Church Road
     Smyrna, DE 19977
     (302) 652-8692

           COLM F. CONNOLLY
           United States Attorney

        By:  /s/Patricia C. Hannigan
           Patricia C. Hannigan
           Assistant United States Attorney
           Delaware Bar I.D. No. 2145
           The Nemours Building
           1007 Orange Street, Suite 700
           P. O. Box 2046
           Wilmington, DE 19899-2046
           (302) 573-6277
           Patricia.Hannigan@usdoj.gov