IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID H. DONOVAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 96-484-JJF<br>)<br>)<br>)<br>)<br>) |

### SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Plaintiff, the United States of America ("United States"), hereby supplements its disclosures under rules 26(a)(1) and 26(a)(2).[1] These documents should already be in the possession of the Defendant and were recently obtained through subpoenas to the Defendant's insurance company and various financial institutions because Defendant refused to provide this information to the United States at his deposition or in response to interrogatories and requests for production of documents.

Attached hereto are the following documents:

1). Man Financial: Account applications and account statements for David Donovan (Bates range MF1 through MF 93).

2). Man Securities: Account applications and account statements for Queen Holdings, Inc. (Bates range MS1 through MS 83).

3). Wilmington Trust Company: Account application and account statements for Blackbird Hauling (Bates range WTO1 through WTO114).

4). Bank of America: Account application and account statements for Queen Holdings, Inc. (Bates range BOA01 through BOA0128).

---

[1]These documents are not produced as supplements to Defendant's Interrogatories and Requests for Production of Documents and Things because Defendant never requested documents other than those pertaining to security interests in the subject property.

5). State Farm Insurance: Documents pertaining to homeowner's, rental property, and auto insurance policies for David H. and Regina V. Donovan, in their personal capacities and doing business as various entities (Bates range SF1 through SF535).

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General

*Steven E. Rusak*
STEVEN E. RUSAK, Trial Attorney
MARY ANNE ZIVNUSKA, Trial Attorney
U.S. Department of Justice
Environmental Defense Section
Post Office Box 23986
Washington, D.C. 20026-3986
(202) 514-9275/0242

COLM F. CONNOLLY
United States Attorney

PATRICIA HANNIGAN
Assistant United States Attorney
District of Delaware
P.O. Box 2046
Wilmington, DE 19899
(302) 573-6277

DATE: October 5, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID H. DONOVAN,<br><br>      Defendant. | CIVIL ACTION NO. 96-484<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on this 5th day of October, 2005, I caused a true and correct copy of the United States' "Supplemental Disclosures Pursuant to Rule 26" to be served as indicated below, on the following:

Mr. David H. Donovan  
517 Massey Church Road  
Smyrna, Delaware 19977  
Tel: (302) 653-8692  

[ ] U.S. Mail  
[X] Overnight Mail (Federal Express)  
[ ] Hand Delivery  
[ ] Telefacsimile  
[ ] E-mail  

_Steven E. Rusak_