# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 96-484-JJF |
| | : | |
| DAVID H. DONOVAN, | : | |
| | : | |
| Defendant. | : | **FILED UNDER SEAL** |

## ADDITIONAL SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26

        COLM F. CONNOLLY
        United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

Dated: **December 2, 2005**

**CERTIFICATE OF SERVICE**

      I hereby certify that on **December 2, 2005**, I electronically filed (**UNDER SEAL**) **ADDITIONAL SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26** with the Clerk of Court using CM/ECF. Copies of the foregoing document was served upon the following,

    Mr. David H. Donovan
    517 Massey Church Road
    Smyrna, DE 19977
    (302) 652-8692

via postage pre-paid Overnight Mail by **Steven E. Rusak**, Senior Attorney, Environmental & Natural Resources Division, on **November 30, 2005**.

                      COLM F. CONNOLLY
                      United States Attorney

              By:  /s/Patricia C. Hannigan
                    Patricia C. Hannigan
                    Assistant United States Attorney
                    Delaware Bar I.D. No. 2145
                    The Nemours Building
                    1007 Orange Street, Suite 700
                    P. O. Box 2046
                    Wilmington, DE 19899-2046
                    (302) 573-6277
                    Patricia.Hannigan@usdoj.gov