IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
        Plaintiff, :
:
v. : Civil Action No. 96-484-JJF
:
DAVID H. DONOVAN, :
:
        Defendant. :

O R D E R

    WHEREAS, the Court has been informed by letter that the parties agree to resolve this matter through cross motions for summary judgment (D.I. 77);

    NOW THEREFORE, IT IS HEREBY ORDERED that parties shall adhere to the following briefing schedule unless otherwise directed by the Court:

    1.  Any Motion for Summary Judgment shall be filed with opening brief by no later than **February 17, 2006**.

    2.  Answering Briefs shall be filed by **March 6, 2006**.

    3.  Reply Briefs shall be filed by **March 20, 2006**.

January 23, 2006
    DATE

UNITED STATES DISTRICT JUDGE