

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*     *(302) 573-6277 x 156*
*1007 Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*     *Patricia.Hannigan@usdoj.gov*
*Wilmington, Delaware 19899-2046*

February 16, 2006

Honorable Joseph J. Farnan, Jr.
District Judge
4124 J. Caleb Boggs Federal Bldg.
Lockbox 31
844 King Street
Wilmington, DE 19801

    Re:    **UNITED STATES v. DAVID H. DONOVAN**
             **Civil Action No. 96-484-JJF**

Dear Judge Farnan:

    With apologies, the Government writes to request a brief extension in the dates by which dispositive motions and briefs must be filed in this case. Although the Government's brief is substantially written, we are awaiting receipt of two affidavits to be attached as exhibits. Despite due diligence, we have been unable to finalize the brief for filing by tomorrow, the due date set in Your Honor's Order of January 23, 2006.

    Because the parties have agreed that the only remaining issue in this Clean Water Act case - the remedy to be ordered - can be resolved on cross-motions, there is no trial date or other deadline to be affected by a change in the briefing schedule. Counsel for the Government has today attempted to reach Mr. Donovan, who is *pro se*, to ask his agreement to a short extension in the filing dates of motions and briefs, but has been unsuccessful in doing so. A message has been left on Mr. Donovan's answering machine.

    In the hope that the Court is agreeable to granting this request, I have enclosed a form of order, extending each of the briefing due dates by three weeks.

Again, we apologize for troubling the Court further with this matter, and we appreciate Your Honor's consideration. Counsel for the Government are, of course, available if Your Honor has questions or comments.

Respectfully,

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney

PCH.md
Enclosure

cc:  Clerk/USDC w/Enclosure
David H. Donovan, *Pro Se* (pepabby2@juno.com) w/Enclosure/Via e-mail &U.S. Mail
Steven Rusk/ENRD w/Enclosure/Via Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA  :  | |
| :  | |
| Plaintiff,  :  | |
| :  | |
| v.  :  | Civil Action No. 96-484-JJF |
| :  | |
| DAVID H. DONOVAN,  :  | |
| :  | |
| Defendant.  :  | |

**ORDER**

WHEREAS, the Court has been informed by letter that the parties agree to resolve this matter through cross motions for summary judgment;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless otherwise directed by the Court:

1. Any Motion for Summary Judgment shall be filed with opening brief by no later than **March 10, 2006**.

2. Answering Briefs shall be filed by **March 27, 2006**.

3. Reply Briefs shall be filed by **April 13, 2006**.


_____   _____
DATE                          HONORABLE JOSEPH J. FARNAN, JR.
                              District Judge
                              United States District Court