CERTIFICATE OF SERVICE

I, David H. Donovan, hereby certify that on this 16th day of February, 2006, that I caused a copy of the MOTION FOR SUMMARY JUDGMENT ON THE FORM OF THE COUNTER COMPLAINT AND A PETITION FOR THE IMPOSITION OF THE PUBLIC TRUST AND FOR INJUNCTIVE RELIEF AND FOR DAMAGES FOR THE TAKING OF PRIVATE PROPERTY FOR PUBLIC USE WITHOUT JUST COMPENSATION, MOTION IN EQUITY TO SET ASIDE JUDGMENT WITHOUT JURISDICTION and POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN EQUITY TO SET ASIDE JUDGMENT WITHOUT JURISDICTION AND MOTION FOR SUMMARY JUDGMENT ON THE FORM OF THE COUNTER COMPLAINT AND A PETITION FOR THE IMPOSITION OF THE PUBLIC TRUST AND FOR INJUNCTIVE RELIEF AND FOR DAMAGTES FOR THE TAKING OF PRIVATE PROPERTY FOR PUBLIC USE WITHOUT JUST COMPENSATION to be served on the following by First Class Mail, postage prepaid:

2 copies to the Clerk of the United States District Court for the District of Delaware

1 copy to Steven E. Rusak, Trial Attorney
      United States Department of Justice
      Environment & Natural Resources Division
      Post Office Box 23968
      Washington, D.C. 20026-3986

1 copy to Patricia Hannigan
      Assistant United States Attorney
      District of Delaware
      1201 Market Street, Suite 1100
      Post Office Box 2046
      Wilmington, DE 19801

Autograph *David H. Donovan* (signature)
David H. Donovan
517 Massey Church Road, Smyrna DE 19977