

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building      (302) 573-6277 x 156
1007 Orange Street, Suite 700      FAX (302) 573-6220
P.O. Box 2046      *Patricia.Hannigan@usdoj.gov*
Wilmington, Delaware 19899-2046

February 17, 2006

Honorable Joseph J. Farnan, Jr.
District Judge
4124 J. Caleb Boggs Federal Bldg.
Lockbox 31
844 King Street
Wilmington, DE 19801

     Re:    **UNITED STATES v. DAVID H. DONOVAN**
             **Civil Action No. 96-484-JJF**

Dear Judge Farnan:

     As a follow up to our letter of yesterday, requesting an extension of time for filing the Government's brief, I write to advise the Court that lead counsel for the Government was able to contact Mr. Donovan by telephone last evening. Mr. Donovan advised that he does not oppose the Government's request.

                         Respectfully,

                         COLM F. CONNOLLY
                         United States Attorney

             By:    /s/Patricia C. Hannigan
                     Patricia C. Hannigan
                     Assistant United States Attorney

PCH.md

cc:     Clerk/USDC
        David H. Donovan, *Pro Se* (pepabby2@juno.com) w/Enclosure/Via e-mail &U.S. Mail
        Steven Rusk/ENRD/Via Facsimile