IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 96-484-JJF |
| DAVID H. DONOVAN, | : | |
| Defendant. | : | |

### ORDER

WHEREAS, the Court has been informed by letter that the parties agree to resolve this matter through cross motions for summary judgment;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless otherwise directed by the Court:

1. Any Motion for Summary Judgment shall be filed with opening brief by no later than **March 10, 2006**.

2. Answering Briefs shall be filed by **March 27, 2006**.

3. Reply Briefs shall be filed by **April 13, 2006**.

_2/22/06_
DATE

_Joseph J. Farnan_
HONORABLE JOSEPH J. FARNAN, JR.
District Judge
United States District Court