SUE ELLEN WOOLDRIDGE
ASSISTANT ATTORNEY GENERAL

STEVEN E. RUSK
MARY ANNE AJVNUSKA
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Post Office Box 23986
Washington, DC 20026-3986
Delaware Bar I.D. No. 3144
(202) 514-9275

COLM F CONNOLLY
UNITED STATES ATTORNEY

PATRICIA C. HANNIGAN
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Civil Action No. 96-484-JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **UNITED STATES' MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| DAVID H. DONOVAN, | ) | **ON RESTORATION AND CIVIL** |
| | ) | **PENALTY** |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 56(c), the United States of America hereby moves this Court for summary judgment on restoration and civil penalty. The reasons supporting this motion are set forth in the accompanying memorandum of law.

Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

By:/s/Steven E. Rusak
Steven E. Rusk,.Trial Attorney
Mary Anne Zivnuska, Trial Attorney
Environment & Natural Resources Division
Post Office Box 23986
Washington, DC 20026-3986
Delaware Bar I.D. No. 3144
(202) 514-9275
Steven.Rusak@usdoj.gov

COLM F. CONNOLLY
United States Attorney

By:/s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899
(302) 573-6277
Patricia.Hannigan@usdoj.gov

OF COUNSEL:

BARRY GALE
Office of Counsel
U.S. Army Corps of Engineers
Philadelphia District
Philadelphia, PA 19106

Dated: March 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. 96-484-JJF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] ORDER GRANTING |
| ) | UNITED STATES' MOTION FOR |
| DAVID H. DONOVAN, ) | SUMMARY JUDGMENT ON |
| ) | RESTORATION AND CIVIL PENALTY |
| Defendant. ) | |

Upon consideration of the United States' Motion for Summary Judgment on Restoration and Civil Penalty, the accompanying memorandum of law in support, and for good cause shown, the United States' motion is hereby **GRANTED**. Defendant David H. Donovan is hereby **ORDERED** to restore the 1.771 acres of wetlands by completing the "dredged and/or Fill Material Removal and Wetlands Restoration Plan" within 180 days of this Order. Defendant is further **ORDERED** to pay $256,000 civil penalty to the United States within 60 days of this Order.

HONORABLE JOSEPH J. FARNAN, JR.
District Judge
United States District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID H. DONOVAN,<br><br>Defendant. | CIVIL ACTION NO. 96-484<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 10th day of March, 2006, I caused a true and correct copy of the "United States' Motion for Summary Judgment on Restoration and Civil Penalty," the Memorandum in Support of United States' Motion for Summary Judgment on Restoration and Civil Penalty and in Opposition to Defendant's Motions Filed on February 16, 2006," the Exhibits in Support, and the Proposed Order to be served as indicated below, postage pre-paid, on the following:

Mr. David H. Donovan  
517 Massey Church Road  
Smyrna, Delaware 19977  
Tel: (302) 653-8692

[ ] U.S. Mail  
[X] Overnight Mail  
[ ] Hand Delivery  
[ ] Telefacsimile  
[ ] E-mail

*Steven E. Rusak*