SUE ELLEN WOOLDRIDGE
ASSISTANT ATTORNEY GENERAL

STEVEN E. RUSK
MARY ANNE ZIVNUSKA
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Post Office Box 23986
Washington, DC 20026-3986
Delaware Bar I.D. No. 3144
(202) 514-9275

COLM F CONNOLLY
UNITED STATES ATTORNEY

PATRICIA C. HANNIGAN
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID H. DONOVAN,<br><br>        Defendant. | Civil Action No. 96-484-JJF<br><br>**EXHIBITS IN SUPPORT OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT ON RESTORATION AND CIVIL PENALTY AND IN OPPOSITION TO DEFENDANT'S MOTIONS FILED ON FEBRUARY 16, 2006**<br><br>**VOLUME II** |

Dated: March 10, 2006

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,     ) | Civil Action No. 96-484-JJF |
| ) | |
| v.     ) | |
| ) | |
| DAVID H. DONOVAN,     ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant.     ) | |

I hereby certify that on this 10th day of March 2006, a true and correct copy of the

"Exhibits in Support of United States' Motion for Summary Judgment on Restoration and Civil

Penalty and in Opposition to Defendant's Motions Filed on February 16, 2006," were served as

indicated below, postage prepaid, on the following

Mr. David H. Donovan                      [  ] U.S. Mail
517 Massey Church Road               [X] Overnight Mail
Smyrna, Delaware 19977 Donovan    [  ] Hand Delivery
Tel:  (302) 653-8692                     [  ] Telefacsimile
                                       [  ] E-mail

/s/Steven E. Rusak
Steven E. Rusk,.Trial Attorney
Environment & Natural Resources Division
Post Office Box 23986
Washington, DC 20026-3986
Delaware Bar I.D. No. 3144
(202) 514-9275
Steven.Rusak@usdoj.gov