IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | C.A. No. 96-484 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM OF POINTS |
| | ) | AND AUTHORITIES IN |
| DAVID H. DONOVAN, | ) | SUPPORT OF DEFENDANT'S |
| | ) | ANSWER TO UNITED STATES' |
| Defendant. | ) | MOTION FOR SUMMARY |
| | ) | JUDGMENT ON RESTORATION |
| | ) | AND CIVIL PENALTY |

Plaintiff sites a list of authorities in support of its argument; most of which are involving corporations. A corporation is a government granted privilege over which the government retains regulatory powers and would be appropriate for the application of Administrative Code Law. A few of their sites appear to be involving private citizens who were probably represented by incompetent attorneys, who would not argue the private property aspects of the case. Thus, none of the Plaintiffs' authorities are applicable to this case, nor the Volumes I and II of Plaintiffs' exhibits in support of United States' Motion for Summary Judgment filed March 10, 2006 which is hereby converted to evidence for the Defendant of Plaintiffs' due process violations.

All of Defendant's pleadings, points and authorities, briefs, exhibits and appendixes in the record of this case are included herewith as though fully spelled out.

The United States Circuit Court of Appeals First Circuit March 1, 1904 in the case of *Curley v U.S. 130 Fed Reptr page 1* at pages 8 and 9 pointed out in express terms, the due process requirements of all governments,

1

"... while in the other it has reference to law, as well as protecting the property of the government which it holds as an incident to the fundamental purpose for which the government was instituted.

A government does not exist in a personal sense, or as an entity in any primary sense, for the purpose of acquiring, protecting, and enjoying property. It exists primarily for the protection of the people in their individual rights, and it holds property not primarily for the enjoyment of property accumulations, but as an incident to the purpose for which it exists – that of serving the people and protecting them in their rights."

Such expression of the terms of due process requirements are nunk pro tunk, and

only changed by corruption from within the government.

Autograph *david h donovan* (signature)
david h. donovan
Location:   517 Massey Church Road
            Smyrna, Delaware  19977

2

CERTIFICATE OF SERVICE

I, David H. Donovan, hereby certify that on this 16th day of February, 2006, that I caused a copy of the MOTION FOR SUMMARY JUDGMENT ON THE FORM OF THE COUNTER COMPLAINT AND A PETITION FOR THE IMPOSITION OF THE PUBLIC TRUST AND FOR INJUNCTIVE RELIEF AND FOR DAMAGES FOR THE TAKING OF PRIVATE PROPERTY FOR PUBLIC USE WITHOUT JUST COMPENSATION, MOTION IN EQUITY TO SET ASIDE JUDGMENT WITHOUT JURISDICTION and POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN EQUITY TO SET ASIDE JUDGMENT WITHOUT JURISDICTION AND MOTION FOR SUMMARY JUDGMENT ON THE FORM OF THE COUNTER COMPLAINT AND A PETITION FOR THE IMPOSITION OF THE PUBLIC TRUST AND FOR INJUNCTIVE RELIEF AND FOR DAMAGTES FOR THE TAKING OF PRIVATE PROPERTY FOR PUBLIC USE WITHOUT JUST COMPENSATION to be served on the following by First Class Mail, postage prepaid:

2 copies to the Clerk of the United States District Court for the District of Delaware

1 copy to Steven E. Rusak, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Post Office Box 23968
Washington, D.C. 20026-3986

I copy to Patricia Hannigan
Assistant United States Attorney
District of Delaware
1201 Market Street, Suite 1100
Post Office Box 2046
Wilmington, DE 19801

Autograph _David H. Donovan_
David H. Donovan
517 Massey Church Road, Smyrna DE 19977