IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | C.A. No. 96-484 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | DEFENDANT'S RESPONSE TO |
| DAVID H. DONOVAN, | ) | PLAINTIFF'S MEMORANDUM |
| | ) | OF UNITED STATES' MOTION |
| Defendant. | ) | FOR SUMMARY JUDGMENT ON |
| | ) | RESTORATION AND CIVIL |
| | ) | PENALTY AND IN OPPOSITION |
| | ) | TO DEFENDANT'S MOTIONS |
| | ) | FILED ON FEBRUARY 16, 2006 |
| | ) | AND UNITES STATES' MOTION |
| | ) | FOR SUMMARY JUDGMENT ON |
| | ) | RESTORATION AND CIVIL |
| | ) | PENALTY |

I, david h. donovan, being of sound mind and body and of competent age with knowledge of the facts in this matter, being duly sworn, deposes and says:

I submit this AFFIDAVID IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MEMORANDUM OF UNITED STATES' MOTION FOR SUMMARY JUDGMENT ON RESTORATION AND CIVIL PENALTY AND IN OPPOSITION TO DEFENDANT'S MOTIONS FILED ON FEBRUARY 16, 2006 AND UNITED STATES' MOTION FOR SUMMARY JUDGMENT ON RESTORATION AND CIVIL PENALTY.

I have read the documents together with the exhibits annexed thereto filed with the court on March 10, 2006.

Plaintiff is a corporation existing pursuant to the rules and laws of its by-laws known as the United States Constitution and is engaged in the business of perants patria as guardian and trustee for the private American citizens.

Defendant david h. donovan is a private American citizen **not** a member of the political community nor a corporation or officer or agent of any corporation and is the bonified purchaser for value of the 4± acres of land on the east side of Rt. 13 in Smyrna, Delaware which is the subject of dispute in this case.

For 20 years State and Federal Governments have invaded my private property and eaten out my substance, and have constantly tried to trick and coerce me, a private flesh and blood man into interacting and contracting with the corporate government which I chose not to do as I have no desire to be anything other than a private man.

A private flesh and blood man cannot interact with a fiction and a corporate fiction cannot deal with a private flesh and blood man.

The corporate United States has and is using otherwise private entities by contracting and/or coercing them to trespass by peering into the privacy of the Defendant making these entities culpable to the oath that every government employee from dog catcher to the President of the United States must take when they join the corporate government and that is to uphold the Constitution of the United States and their individual states thru the Fourteenth Amendment and in the Fifth Amendment to the government's Constitution where it says that no private property shall be taken for public use without just compensation.

The private people were never offered the Constitution for approval, only (the)We the people (of Government) and was for the people of the Government, not private citizens, they are not private in government service.

The people of Government accepted by their oath of office the mandate of the Unites States Constitution that private property shall not be taken for public use without just compensation and the Plaintiff's are and have been for all these years robbing and stealing the private property of this Affiant by using words or art on their documents and court papers to trick their honorable Court into accepting the false presumption that Defendant is a corporate entity and liable to their venue.

I, david h. donovan, rebut their presumption as I have never intentionally or knowingly asked to be the corporate fiction that the government Department of Commerce made by capitalizing the name on my birth certificate thus turning it into a corporate fiction and using it as their strawman and calling the private man (me) into their courts to be a surety for their strawman.

This is a false presumption as the Defendant knowingly does not and is not contracted with the corporate fiction known as the United States Government, but Defendant does have a private binding contract with all governmental agents and entities whose names appear anywhere in the complaint by the government's flunkies against the private man and property of david h. donovan as a mere trustee in the public weil.

And be assured that my consciousness, my thoughts and my time and how I choose to identify myself including my autograph is the private property of this Affiant who is only david howard of the genealogy of donovan.

And as it matters not what form governments take, it retains a fiduciary duty and it is the highest standard of duty implied by law.

And by the actions all those who are named in their complaint against the private citizen and private property of this Affiant including attorneys of all kinds, department heads, and any other government flunkies are in breech of the contract of their oath and of fiduciary duty and it is a given that they **will** be called to account for what they contracted for, knowingly or unknowingly in a court of competent jurisdiction.

We shall see where the court stands in this when the orders are handed down.

Unless the government wishes to acquire a license to use my conscious, consent, time and autograph for their false and fraudulent actions by requesting a license to use said private properties from the private david h. donovan so they can save face as to why they spent such a large amount of the taxpayer's money and put such a large burden on the public fisk when, they by their own charter, had no jurisdiction over private property to start with. The fee for the license is Five Hundred Million Dollars ($500,000,000.00) in Federal Reserve Notes and will be good for one year, this offer is good for sixty (60) days only.

Otherwise I insist on summary judgment for the Defendant.

Injunction is necessary and proper in the circumstances of this case to stop further invasion of Defendant's privacy and restitution in the amount requested in Defendant's Motion for Summary Judgment is due and owing to Defendant.

FURTHER, Affiant sayth not.

Affiant declares and affirms that the aforegoing is true, correct, complete and not misleading and in accordance with the laws of the United States.

*david h donovan*
david h. donovan

Sworn and subscribed before me this 27 day of March, 2006.

Seal                    Notary Signature _____

ALEXANDER CURTIS
Commission Expires Notary Public - State of Delaware
My Comm. Expires Feb. 22, 2007.

5

CERTIFICATE OF SERVICE

I, David H. Donovan, hereby certify that on this 16th day of February, 2006, that I caused a copy of the MOTION FOR SUMMARY JUDGMENT ON THE FORM OF THE COUNTER COMPLAINT AND A PETITION FOR THE IMPOSITION OF THE PUBLIC TRUST AND FOR INJUNCTIVE RELIEF AND FOR DAMAGES FOR THE TAKING OF PRIVATE PROPERTY FOR PUBLIC USE WITHOUT JUST COMPENSATION, MOTION IN EQUITY TO SET ASIDE JUDGMENT WITHOUT JURISDICTION and POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN EQUITY TO SET ASIDE JUDGMENT WITHOUT JURISDICTION AND MOTION FOR SUMMARY JUDGMENT ON THE FORM OF THE COUNTER COMPLAINT AND A PETITION FOR THE IMPOSITION OF THE PUBLIC TRUST AND FOR INJUNCTIVE RELIEF AND FOR DAMAGTES FOR THE TAKING OF PRIVATE PROPERTY FOR PUBLIC USE WITHOUT JUST COMPENSATION to be served on the following by First Class Mail, postage prepaid:

2 copies to the Clerk of the United States District Court for the District of Delaware

1 copy to Steven E. Rusak, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Post Office Box 23968
Washington, D.C. 20026-3986

1 copy to Patricia Hannigan
Assistant United States Attorney
District of Delaware
1201 Market Street, Suite 1100
Post Office Box 2046
Wilmington, DE  19801

Autograph _____
David H. Donovan
517 Massey Church Road, Smyrna DE 19977