IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | C.A. No. 96-484 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT'S FINAL ANSWER |
| | ) | AND BRIEF IN SUPPORT OF |
| DAVID H. DONOVAN, | ) | THE GOVERNMENT'S |
| | ) | RESPONSE AND BRIEF |
| Defendant. | ) | DISPUTING DEFENDANT'S |
| | ) | MOTION FOR SUMMARY |
| | ) | JUDGMENT FILED FEBRUARY |
| | ) | 17, 2006 AND REVISED ORDER |
| | ) | FOR FINAL ANSWER AND |
| | ) | BRIEF TO BE FILED APRIL 13, |
| | ) | 2006 |

I.  COMES NOW Defendant, david h. donovan, in his private capacity and respectfully requests this Court, pursuant to Federal Rule of Civil Procedure 56 et.seq. to grant Defendant's Motion for Summary Judgment filed February 17, 2006 as per the Court's original order setting the dates for filing motions and briefs by February 17, 2006. The government requested an extension of time to file their Motion for Summary Judgment and Briefs which the Court granted without objection from the Defendant. At that time, the government's request for extension of time was granted, giving the government until March 10, 2006 to file, which they did. The Court also revised its order setting the time in which response and answering briefs were to be filed. The new order set a date of March 27, 2006 for the first response and brief to be filed by each of the parties and

an answer to the response and brief of March 27, 2006 was to be filed by April 13, 2006. Defendant filed a response and brief on March 27, 2006 as per the Court's order which is included herewith as though fully written out showing that Plaintiff had included no new evidence and had only presented the same colorable evidence and the same insignificant allegations with no facts in evidence to support their claims.

II. Plaintiff, on the other hand, did not file a response and brief as per the Court's order on March 27, 2006 and thus the Defendant had nothing to answer by April 13, 2006 as ordered by the Court. Plaintiff's failure to file the required response and brief disputing the facts set forth in Defendant's Motion for Summary Judgment means that there is no genuine dispute of material facts set forth in Defendant's Motion for Summary Judgment filed on February 16, 2006; AND,

CONCLUSION:

As a matter of law and the facts presented herein, Defendant's Motion for Summary Judgment filed February 17, 2006 should be granted forthwith without delay for any other reasons cried about by the government's attorneys.

Autograph _david h. donovan_
david h. donovan
517 Massey Church Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | C.A. No. 96-484 (JJF) |
| Plaintiff,   ) | |
| ) | |
| v.    ) | DEFENDANT'S BRIEF IN |
| ) | SUPPORT OF FINAL |
| DAVID H. DONOVAN,  ) | ANSWER IN BRIEF IN |
| ) | SUPPORT OF THE |
| Defendant.   ) | GOVERNMENT'S RESPONSE |
| ) | AND BRIEF DISPUTING |
| ) | DEFENDANT'S MOTION FOR |
| ) | SUMMARY JUDGMENT |
| ) | FILED FEBRUARY 17, 2006 |
| ) | AND REVISED ORDER |
| ) | FOR FINAL ANSWER AND |
| ) | BRIEF TO BE FILED APRIL 13, |
| ) | 2006 |

Summary judgment is appropriate where there is no genuine dispute of material facts, and judgment should be granted as a matter of law. Federal Rules of Civil Procedure 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322, 323 (1986). While the initial burden is on the moving party to establish the absence of genuine issues of material fact, the Supreme Court has held that the nonmoving party must meet more than a minimal burden in order to prevent entry of summary judgment. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 256 (1986). A motion for summary judgment cannot be defeated by the existence of merely "some alleged factual dispute between the parties." *Id.* at 247. Rather, the nonmoving party must set forth specific facts showing that there is a genuine issue of a material fact for trial. *Id.* at 248; *Celotex*, 477 U.S. at 323. Merely

colorable evidence, *First Nat's Bank v. Cities Serv. Co.*, 391 U.S. 253, 290 (1968), will not defeat summary judgment.

Autograph *david h. donovan*
david h. donovan
517 Massey Church Road
Smyrna, DE  19977



CERTIFICATE OF SERVICE

I, David H. Donovan, do hereby certify that on this April 13th, 2006, that I delivered following:

1. DEFENDANT'S FINAL ANSWER AND BRIEF IN SUPPORT OF THE GOVERNMENT'S RESPONSE AND BEIEF DISPUTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED FEBRUARY 17, 2006 AND REVISED ORDER FOR FINAL ANSWER AND BEIEF TO BE FILED APRIL 13, 2006
2. DEFENDANT'S BRIEF IN SUPPORT OF FINAL ANSWER IN BRIEF IN SUPPORT OF THE GOVERNMENT'S RESPONSE AND BRIEF DISPUTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED FEBRUARY 17, 2006 AND REVISED ORDER FOR FINAL ANSWER AND BRIEF TO BE FILED APRIL 13, 2006

In person:   2 copies to the Clerk of the United States District Court for the District of Delaware; and

By First Class Mail 1 copy to each of the following:

> Patricia Hannigan
> Assistant United States Attorney
> District of Delaware
> 1201 Market Street, Suite 1100
> Post Office Box 2046
> Wilmington, DE  19801

> Steven E. Rusak, Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Post Office Box 23968
> Washington, D.C. 20026-3986

Autograph *David h. Donovan*
david h.donovan
517 Massey Church Road,
Smyrna DE 19977