SUE ELLEN WOOLDRIDGE
ASSISTANT ATTORNEY GENERAL

MARY ANNE ZIVNUSKA
STEVEN E. RUSAK
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Post Office Box 23986
Washington, D.C. 20026-3986
Delaware Bar No. 3144
Tel: (202) 514-0242/9275

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID H. DONOVAN, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 96-484 <br><br> **RESPONSE TO DEFENDANT'S APRIL 13, 2006 FILING** |

In his filing dated April 13, 2006, Defendant alleges that the United States did not respond to his prior motion for summary judgment, filed on February 16, 2006[1], by the March 27, 2006 Court-ordered deadline. Def. Motion at Dkt. 82-84, Order at Dkt. 86. On this basis, he claims that his motion for summary judgment should be granted. Defendant is mistaken. The United States timely filed its opposition in conjunction with

---

[1]Defendant says his motion for summary judgment was filed February 17, 2006. According to PACER, the motion was filed on February 16, 2006.

its own motion for summary judgment on March 10, 2006. See "Memorandum In Support Of United States' Motion For Summary Judgment On Restoration And Civil Penalties And In Opposition To Defendant's Motions Filed On February 16, 2006," Dkt # 88.

Moreover, despite his charge to the contrary (Def. Mot. at 2), Defendant did have an opportunity to respond to the United States' opposition to Defendant's motion for summary judgment, and in fact did respond on March 27, 2006. Dkt # 92-95. Accordingly, both parties' motions for summary judgment have been fully briefed and are pending before the Court, and Defendant's representations to the contrary are without merit.

                                      Respectfully submitted,

                                      SUE ELLEN WOOLDRIDGE
                                      Assistant Attorney General
                                      United States Department of Justice
                                      Environment and Natural Resources Division

By:/s/Mary Anne Zivnuska
    MARY ANNE ZIVNUSKA
    Missouri Bar No. 56701
    STEVE E. RUSAK
    Delaware Bar I.D. No. 3144
    Trial Attorneys
    Environmental Defense Section
    Mary.Anne.Zivnuska@usdoj.gov

                COLM F. CONNOLLY
                United States Attorney

By: /s/Patricia C. Hannigan
    PATRICIA C. HANNIGAN
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

OF COUNSEL:

BARRY GALE
Office of Counsel
U.S. Army Corps of Engineers
Philadelphia District
Philadelphia, PA 19106

Dated: April 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on **April 20, 2006**, I electronically filed a **RESPONSE TO DEFENDANT'S APRIL 13, 2006 FILING** with the Clerk of Court using CM/ECF. Notification of such filing will be served via Federal Express on the following:

Mr. David H. Donovan
517 Massey Church Road
Smyrna, DE 19977
(302) 652-8692

        COLM F. CONNOLLY
        United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov