IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 96-484-JJF |
| DAVID H. DONOVAN | : | |
| Defendant. | : | |

### ORDER

WHEREAS, Defendant has filed a Motion In Equity To Set Aside Judgment Without Jurisdiction (D.I. 83);

WHEREAS, the Court has previously rejected Defendant's challenges to the constitutionality of the Clean Water Act (D.I. 8, 9);

WHEREAS, the Court has previously rejected Defendant's challenges to the jurisdiction of the Army Corps of Engineers to pursue this action against Defendant (D.I. 8, 9);

WHEREAS, the Court has previously rejected Defendant's challenge to the Court's jurisdiction to hear and resolve this action (D.I. 8, 9);

NOW THEREFORE IT IS HEREBY ORDERED that Defendant's Motion In Equity To Set Aside Judgment Without Jurisdiction (D.I. 83) is **DENIED**.

September 25, 2006

_____
UNITED STATES DISTRICT JUDGE