IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 96-484-JJF |
| DAVID H. DONOVAN | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, Defendant has filed a Motion For Action To Enjoin Enforcement Of U.S. Administrative Code-Due Process Violation In Response To United States' Motion For Summary Judgment (D.I. 94);

WHEREAS, the Court has previously decided against Defendant on all claims and contentions contained in the above Motion, and has found Defendant in violation of the Clean Water Act (D.I. 51, 67);

NOW THEREFORE IT IS HEREBY ORDERED that Defendant's Motion For Action To Enjoin Enforcement Of U.S. Administrative Code-Due Process Violation In Response To United States' Motion For Summary Judgment (D.I. 94) is **DENIED**.

September 25, 2006

_____
UNITED STATES DISTRICT JUDGE