IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 96-484-JJF |
| DAVID H. DONOVAN, : | |
| Defendant. : | |

ORDER

At Wilmington, the 29 day of September 2006, for the reasons set forth in the Memorandum Opinion to be issued at a later date;

IT IS HEREBY ORDERED that

1. Defendant's Motion For Summary Judgment On The Form Of The Counter Complaint And A Petition For The Imposition Of The Public Trust And For Injunctive Relief And For Damages For The Taking of Private Property For Public Use Without Just Compensation is **DENIED**. (D.I. 82).

2. Judgment will be entered in favor of the United States of America and against Defendant by issuance of a Final Judgment Order following the entry of the Memorandum Opinion.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE