IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 96-484-JJF |
| DAVID H. DONOVAN, | : | |
| Defendant. | : | |

ORDER

At Wilmington, the 29 day of September 2006, for the reasons set forth in the Memorandum Opinion to be issued at a later date;

IT IS HEREBY ORDERED that United States of America's Motion For Summary Judgment On Restoration And Civil Penalty is **GRANTED IN PART AND DENIED IN PART**. (D.I. 87).

UNITED STATES DISTRICT JUDGE