IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 96-484-JJF |
| DAVID H. DONOVAN | : | |
| Defendant. | : | |

### JUDGMENT IN A CIVIL CASE

For the reasons stated in the Court's Memorandum Opinions issued on December 21, 2006, and Orders issued on September 25, 2006 (D.I. 101, 102), September 29, 2006 (D.I. 103, 104) and March 26, 2002 (D.I. 51);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff United States of America and against Defendant David H. Donovan on all of Plaintiff's claims and on all of Defendant's counterclaims.

IT IS FURTHER ORDERED that, **within 120 days of the date of this Order**, Defendant restore .771 acres of destroyed wetlands pursuant to the Wetlands Restoration Plan, and Defendant remit to the Government a civil penalty in the amount of $250,000.00.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 21, 2006

_____
(By) Deputy Clerk