IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|    corporate Plaintiff | : | civil action no 96-484-JJF |
|    v. | : | |
| david h. donovan | : | |
|    private defendant | | |

**Notice of appeal**

Comes now david h. donovan and gives notice of appeal from the judgment by district court judge J.J. Farnam dated Dec.21,2006 in the above civil action.

by david h. donovan , private man

*david h. donovan*

CERTIFICATE OF SERVICE

I hereby certify that on Jan 19  2007, I sent to Patrica Hannigan  assistant United States Attorney,  District of DE. At 1201 Market Street, suite 1100 post office Box 2064 Wilmington, DE  19801 by U. S. Mail a copy of the motion for Appeal of the final District Court Judgment dated December 21, 2006 by J. J. Farnam District Court Judge

United States of America
    v.
David h. Donovan

David Donovan

*david donovan* (signature)